1068

MARK R. ANDERSON, *Appellant*, v. TEXXANN INDUSTRIES, INC., *Defendant*, CREE CONSTRUCTION CO., INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-12615-0, Terrence A. Carroll, J., entered October 5, 1990. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Baker and Agid, JJ.

[No. 27323-0-I.   Division One.   May 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC LEE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-00406-2, Frank L. Sullivan, J., entered November 6, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Grosse, J.

[No. 12037-6-III.   Division Three.   May 4, 1993.]

*In the Matter of the Marriage of* CARLA MARIE FRISCH, *Respondent, and* ARNIE CLAIR FRISCH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 88-3-01248-1, Thomas E. Merryman, J., entered October 14, 1991. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.